IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06MJ57 |
| ) | |
| JAMIE RAMOS GONZALEZ, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

    Before the Court is Attorney P. Stephen Potter's Entry of Appearance [3] and Motion to Continue [4] the initial appearance on criminal complaint.

    IT IS ORDERED that the initial appearance of the defendant Jaime Ramos Gonzalez is reschedule to **May 17, 2006** at **10:00 a.m.** before Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska

    Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

    DATED this 15th day of May, 2006.

                             BY THE COURT:

                             s/ F.A. Gossett
                             United States Magistrate Judge